UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STEVEN M. RZEPKA,

        Plaintiff,

v.                                 Case No. 1:14-cv-1204

RAZOR CAPITAL, LLC, AND        Hon. Robert J. Jonker
STENGER & STENGER, PC,

        Defendants.

| | |
|---|---|
| Kristen L. Krol (P55103)<br>The Krol Law Firm<br>Attorney for Plaintiff<br>4710 W. Saginaw Highway, Suite C<br>Lansing, MI 48917-2654<br>(517) 321-6804<br>debtrlc@drlc.com | Joseph M. Jammal (P71254)<br>Stenger & Stenger, P.C.<br>Attorneys for Defendants<br>2618 East Paris Avenue SE<br>Grand Rapids, MI 49546<br>(877) 988-2280<br>joej@stengerlaw.com<br><br>Charity A. Olson (P68295)<br>Olson Law Group<br>Attorney for Defendants<br>2723 S State Street, Suite 150<br>Ann Arbor, MI 48104<br>(734) 222-5179<br>colson@olsonlawpc.com |

### ORDER OF DISMISSAL
### WITH PREJUDICE

      Based on the Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against all Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2015                         /s/ Robert J. Jonker
                                                    Robert J. Jonker
                                                    United States District Judge